[No. 9657–2–III.  Division Three.  October 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. KELVIN WAYNE
VEAZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00729–3, George T. Shields, J., entered October 13, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 9402–2–III.  Division Three.  October 3, 1989.]

ROBERT L. ZERCK, ET AL, *Appellants*, v. PUBLIC UTILITIES
DISTRICT NO. 1 OF FERRY COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 7949, Fred L. Stewart, J., entered May 24, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 9454–5–III.  Division Three.  October 3, 1989.]

DUANE ALLMON, ET AL, *Appellants*, v. CHEWELAH BASIN SKI
CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–03382–8, Richard J. Ennis, J. Pro Tem., entered July 14, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.